UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| STEFAN JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:18-cv-00855 |
| | ) | CHIEF JUDGE CRENSHAW |
| TONY PARKER, et al., | ) | |
| Defendants. | ) | |

## ORDER

Stefan Johnson, an inmate at the Northwest Correctional Complex in Tiptonville, Tennessee, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. No. 1.) On November 13, 2018, the Court granted Plaintiff 30 days to either pay the $400.00 filing fee, or submit a properly completed application to proceed *in forma pauperis*. (Doc. No. 5 at 1.) At that time, the Court warned Plaintiff that this action would be dismissed if he failed to comply with these instructions. (Id. at 2.)

The 30-day period has expired, and Plaintiff did not comply with the Court's instructions. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's Order. Plaintiff's "Motion to Add Account Info to Forma Pauperis" (Doc. No. 4) is **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE